No. 64400.—Meat Export, Inc. *v.* United States, protests 58/12261 and 58/12262 (San Francisco).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States v. Mercantil Distribuidora, S.A., et al.* (45 C.C.P.A. 20, C.A.D. 667), the claim of the plaintiff was sustained.